MICHAEL E. McFARLAND, JR., #23000
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JACQUELINE MILLER, a single person,<br><br>Plaintiff,<br><br>vs.<br><br>WHITMAN COUNTY and JILL WHELCHEL, a single person in her capacity as employee of Whitman County,<br><br>Defendants. | US District Court for Eastern District of Washington Case No. _____<br><br>Whitman County Superior Court Cause No. 20-2-00100-38<br><br>CERTIFICATE OF MICHAEL E. MCFARLAND, JR. |

I, Michael E. McFarland, Jr., certify under penalty of perjury under the laws of the United States and State of Washington that the following is true and correct to the best of my knowledge:

//

//

CERTIFICATE OF MICHAEL E. MCFARLAND, JR. - page 1

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

I am the attorney of record for Defendants Whitman County and Jill Whelchel in the above-entitled matter and am competent to testify to the facts set forth herein:

1. Attached hereto as **Exhibit A** is a true and correct copy of the Summons and Complaint filed by Plaintiff in Whitman County Superior Court on July 17, 2020.

2. Attached hereto as **Exhibit B** is a true and correct copy of the Amended Summons and Complaint filed by Plaintiff in Whitman County Superior Court on July 22, 2020.

3. Attached hereto as **Exhibit C** is a true and correct copy of the Summons and Complaint and the Amended Summons and Complaint for Jill Whelchel that was served on her at the Whitman County Clerk's office on August 10, 2020.

4. Attached hereto as **Exhibit D** is a true and correct copy of the Summons and Complaint and the Amended Summons and Complaint for Whitman County that was served at the Whitman County Auditor's office on August 10, 2020.

5.  All defendants consent to the removal of this action to U.S. District Court for the Eastern District of Washington.

DATED this 15th day of August, 2020.

        EVANS, CRAVEN & LACKIE, P.S.

    By:  _s/ Michael E. McFarland, Jr._
        MICHAEL E. McFARLAND, JR., #23000
        Attorneys for Defendants

5.  All defendants consent to the removal of this action to U.S. District Court for the Eastern District of Washington.

DATED this 14th day of August, 2020.

        EVANS, CRAVEN & LACKIE, P.S.


      By:  *s/ Michael E. McFarland, Jr.*
         MICHAEL E. McFARLAND, JR., #23000
         Attorneys for Defendants

# CERTIFICATE OF SERVICE

Pursuant to RCW 9A.72.085, the undersigned hereby certifies under penalty of perjury under the laws of the state of Washington, that on the 14th day of August, 2020, the foregoing was delivered to the following persons in the manner indicated:

**Counsel for Plaintiff**
Douglas D. Phelps
Phelps and Associates, P.S.
2903 N. Stout Road
Spokane, WA  99206

| | |
|---|---|
| Via Regular Mail | [✓] |
| Via Certified Mail | [ ] |
| Via Overnight Mail | [ ] |
| Via Facsimile | [ ] |
| Hand Delivered | [ ] |
| Via Email | [✓] |

_____
Kimberley L. Mauss

CERTIFICATE OF MICHAEL E. MCFARLAND, JR. - page 4

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632