DOUGLAS D. PHELPS
PHELPS & ASSOCIATES, P.S.
2903 N. Stout Road
Spokane, WA 99206
(509) 892-0467; fax (509) 921-0802
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JACQUELINE MILLER, a single person;<br><br>Plaintiff,<br><br>vs.<br><br>WHITMAN COUNTY and JILL WHELCHEL, a single person and in her official capacity as employee of Whitman County,<br><br>Defendants. | Case No.  2:20-cv-00283-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS |

COME NOW the parties, through their undersigned attorneys of record and hereby move the courts to dismiss the above mentioned case pursuant to the Stipulation of the parties with Prejudice and Without Costs.

DATED this 8th day of December, 2020.

ORDER OF DISMISSAL - page 1

PHELPS & ASSOCIATES, P.S.
2903 N. Stout Road
Spokane, WA 99206
Tel: (509) 892-0467
Fax: (509) 921-0802
phelps@phelpslaw1.com

PHELPS AND ASSOCIATES, P.S.
Attorneys for Plaintiff


By: _____*s/Douglas D. Phelps*_____
DOUGLAS D. PHELPS, # 22620
Attorneys for Plaintiff


EVANS, CRAVEN & LACKIE, P.S.


By: _____*s/ Michael E. McFarland*_____
MICHAEL E. MCFARLAND, # 23000
Attorneys for Defendants

ORDER OF DISMISSAL - page 2

PHELPS & ASSOCIATES, P.S.
2903 N. Stout Road
Spokane, WA 99206
Tel: (509) 892-0467
Fax: (509) 921-0802
phelps@phelpslaw1.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of December, 2020, I electronically filed the foregoing with the Clerk of the Court using CM/ECF System, which will send notification of such filing to the following:

Douglas D. Phelps
Phelps & Associates, P.S.
2903 North Stout Road
Spokane, WA 99206
Email:        phelps@phelpslaw1.com

PHELPS & ASSOCIATES, P.S.

By:    *s/ Douglas D. Phelps*
       DOUGLAS D. PHELPS
       PHELPS & ASSOCIATES, P.S.
       2903 N. Stout Road
       Spokane, WA 99206
       (509) 892-0467; fax (509) 921-0802
       Attorneys for Plaintiff

ORDER OF DISMISSAL - page 3

**PHELPS & ASSOCIATES, P.S.**
2903 N. Stout Road
Spokane, WA 99206
Tel: (509) 892-0467
Fax: (509) 921-0802
phelps@phelpslaw1.com